# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | Case No. 07 C 4541 |
| v. ) | Judge David H. Coar |
| SILI NEUTRACEUTICALS, LLC, and ) | Magistrate Judge Morton Denlow |
| BRIAN MCDAID, individually and doing business as KAYCON LTD, ) | |
| Defendants. ) | |

## FTC'S MOTION TO COMPEL
## DEFENDANTS TO TENDER THEIR INITIAL DISCLOSURES

Plaintiff Federal Trade Commission ("FTC"), by undersigned counsel, moves the Court, pursuant to Fed. R. Civ. P. 37(a)(3)(A), for an order compelling Defendants to tender their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Despite repeated requests by the FTC, Defendants have not provided the disclosures which are now nearly a month late.[1] In support of its motion, the FTC states:

### Introduction and Background

1. On August 13, 2007, the FTC filed this action, alleging that Defendants Sili Neutraceuticals, LLC and Brian McDaid violated the FTC Act and the Controlling the Assault of Non-Solicited Pornography and Marketing Act by deceptively marketing and selling dietary

---

[1] Pursuant to Fed. R. Civ. P. 37(a)(1), the FTC has attached a certification demonstrating its good faith attempts to obtain the disclosures without court action. (*See* Exhibit 1.)

supplements on Internet Web sites utilizing illegal "spam" email messages. On August 13, 2007, the Court granted the FTC's *ex parte* motion for a temporary restraining order against Defendants, enjoining further misrepresentations and ordering that Defendants' assets be frozen. The parties subsequently agreed to a Stipulated Preliminary Injunction Order With Asset Freeze and Other Equitable Relief, which the Court signed on August 27, 2004.

2. On November 6, 2007, the Court adopted the parties' proposed scheduling order for discovery. (*See* Exhibit 2.) Among other things, the scheduling order stated that "[a]ll disclosures required by Rule 26(a)(1) shall be made on or before 11/6/07." As of the date of the filing of this motion, Defendants have not tendered their initial disclosures pursuant to Rule 26(a)(1). Fact discovery closes in this matter on January 31, 2008.

3. FTC counsel has attempted in good faith to obtain the initial disclosures from Defendants without necessitating the Court's involvement. On November 14, 2007, FTC counsel sent a letter to counsel for Defendants raising the fact that the initial disclosures had not been tendered. (*See* Exhibit 1, Att. A.) FTC counsel followed up the letter by leaving a phone message with counsel for Defendants on November 15, 2007. Counsel for Defendants did not return FTC counsel's call. FTC counsel sent another letter to counsel for Defendants on November 21, 2007 which, again, raised the issue of Defendants' failure to tender their initial disclosures. (*See* Exhibit 1, Att. B.) Counsel for Defendants, again, did not respond to this letter. In short, counsel for Defendants has not responded to the FTC's attempts to address this matter over the last three weeks.

**WHEREFORE**, Plaintiff FTC respectfully requests that this Court enter an order compelling Defendants immediately to serve their initial disclosures pursuant to Rule 26(a)(1) to the FTC.

                                              Respectfully Submitted,

                                              William Blumenthal
                                              General Counsel

                                              /s/ Steven Wernikoff
                                              Steven M. Wernikoff
                                              Marissa J. Reich
                                              Attorneys for Plaintiff
                                              Federal Trade Commission
                                              55 West Monroe Street, Suite 1825
                                              Chicago, Illinois 60603
                                              (312) 960-5634 [Telephone]
                                              (312) 960-5600 [Facsimile]

Dated:   December 4, 2007